AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SARAH BUSTOS,

                  Plaintiff,

                  JUDGMENT IN A CIVIL CASE

                  v.

BENEFICIAL IN-HOME CARE INC.,

                  CASE NUMBER: CV-10-0117-LRS

                  Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Granting Defendant's Motion to Dismiss Without Prejudice entered on September 8, 2011, ECF No. 20.

09/08/2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas